## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Goodman, et. al. | **FILED: AUGUST 20, 2008** |
| vs. | **08CV4752** |
|  | **JUDGE DER-YEGHIAYAN** |
| United States of America, et. al. | **MAGISTRATE JUDGE COLE** |
|  | **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
RENEE GOODMAN, RENIECE GOODMAN AND ROY GOODMAN, III

| NAME (Type or print) |
|---|
| Anthony L. Schumann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Anthony L. Schumann |
| FIRM |
| Grant Schumann, LLC |
| STREET ADDRESS |
| 230 West Monroe, Suite 240 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6189233 | 312-551-0111 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐