## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4752   Assigned/Issued By: j. n.

Judge Name: der-yeghiayan   Designated Magistrate Judge: cole

### FEE INFORMATION

Amount Due: [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____   Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 3038814

Date Payment Rec'd: 8-20-08   Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
____
*(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
[ ] Other
[ ] Writ ____
*(Type of Writ)*
____
*(Type of issuance)*

1 Original and 0 copies on 8/21/08 as to city of hammond, indiana
*(Date)*