## United States District Court for the Northern District of Illinois

Case Number: 08CV4752        Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN    Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__17__ Original and __0__ copies on __08/22/08__ as to US ATTORNEY, PIECZUEL,
                                       (Date)
ERICKSON, GAVIN, ZORRI, KWIATKOWSKI, URBANEK, LUCIUS, CLARK, SOYEZ, WARREN,

LANDAU, HENDON, CALUMET CITY, HLADEK, BARICH, CITY OF HAMMOND

C:\wpwin80\docket\feeinfo.frm    03/14/05