UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **1:08-CV-4752**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

      ( X ) Summons & Complaint
      (   ) Citation to Discover Assets
      (   ) Rule to Show Cause
      (   ) Subpoena
      (   ) Other:

1. (  ) By leaving a copy with the named party, -------- personally on --------.

2. (  ) On the within named party, --------, by leaving a copy with --------, --------, who states that they are a member of the household on --------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on --------.

3. ( X ) On the within party, **Sgt. G. Barich** by leaving a copy with **K. Glaser, Lieutenant and Authorized Person**, on **August 28, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**      RACE: **Caucasian**      APPROXIMATE AGE: **45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **1200 W. Pulaski, Calumet City, IL**
TIME OF DAY: **12:20 PM**

6. (  ) That he was unable to serve the within named party -------- located at -------- for the reason: --------

Signed and Sworn to before me
This **29**th day of **August 2008**.

_____
Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **1:08-CV-4752**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        ( ) Summons & Complaint
        ( ) Citation to Discover Assets
        ( ) Rule to Show Cause
        ( ) Subpoena
        ( ) Other:

1. ( ) By leaving a copy with the named party, ------- personally on -------.

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------        RACE: -------        APPROXIMATE AGE: -------

5. ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6. ( X ) That he was unable to serve the within named party **Sgt. G. Barich c/o Clerk's Office-Calumet City** located at **204 Pulaski Rd., Calumet City, IL 60409** for the reason: **Attempted service on 8/28/08 @ 12:01pm and per director of personnel, George Vallis, (Male, Caucasian, 45) the documents must be served at the Calumet Police Department, 1200 W. Pulaski, Calumet City, IL. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **29**th day of **August 2008**.

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

RENEE GOODMAN, RENIECE GOODMAN
AND ROY GOODMAN, III

CASE NUMBER: 1:08-cv-4752

V.

ASSIGNED JUDGE: Judge Der-Yeghiayan

UNITED STATES OF AMERICA, TASK FORCE OFFICER
ADAM CLARK, CHRISTOPHER SOYEZ, LORI WARREN,
KERRI LANDAU, F/N/U HENDON, and UNKNOWN FBI
AGENTS, et. al.

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

Sgt. G. Barich
c/o Clerk's Office - Calumet City
204 Pulaski Road
Calumet City, Illinois 60409

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Grant Schumann, LLC
230 West Monroe Street, Suite 240
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

M /s/ [signature]

(By) DEPUTY CLERK

August 22, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.